| | |
|---|---|
| 1 | **WORDEN WILLIAMS, APC** |
| 2 | Tracy R. Richmond, Esq. |
| | 462 Stevens Avenue, Suite 102 |
| 3 | Solana Beach, California 92075 |
| | Telephone: (858) 755-6604 |
| 4 | Facsimile: (858) 755-5198 |
| 5 | Attorney for Defendants CEDROS SOLES, INC. and DAVID R. HODGES TRUST, dated 05-27-94 |

FILED
2006 SEP 15 AM 8:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
_____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 2150 SIGOURNEY JOSSIAH – FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual, | ) ) ) ) ) | Case No.: 06cv1714 H (POR) **STIPULATION TO EXTEND TIME FOR DEFENDANTS CEDROS SOLES, LLC and DAVID R. HODGES TRUST, dated 05-27-94 TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |
| Plaintiffs, | ) | |
| v. | ) | |
| SUSAN SPATH HEGEDUS, INC., d.b.a. KERN & CO.; BIRDCAGE, A California Corporation; CUT LOOSE, A California Corporation; CEDROS SOLES, LLC; ADVENTURE 16, INC.; DIRECT DIGS, INC., d.b.a. DIRECT DIGS FURNITURE; RICCARDO CANNAVIELLO d.b.a. DIANNE O COSMETICS; DAVID R. HODGES TRUST, dated 05-27-94; and DOES 1 THROUGH 10, Inclusive, | ) ) ) ) ) ) ) ) | [ L.R. 12.1] |
| Defendants. | ) | |

///
///
///
///

-1-

| | |
|---|---|
| 1 | TO THIS HONORABLE COURT: |
| 2 | IT IS HEREBY STIPULATED by and between Plaintiffs, 2150 |
| 3 | SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF |
| 4 | THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An |
| 5 | Individual, through their designated counsel and Defendants CEDROS |
| 6 | SOLES, LLC and DAVID R. HODGES TRUST, dated 05-27-94 through its |
| 7 | designated counsel, that Defendants CEDROS SOLES, LLC and DAVID R. |
| 8 | HODGES TRUST, dated 05-27-94 shall have an extension of time in |
| 9 | which to file a responsive pleading to Plaintiff's Complaint to |
| 10 | and including September 29, 2006, pursuant to the Federal Local |
| 11 | Court Rules for the Southern District of California, Rule 12.1. |
| 12 | GOOD CAUSE EXISTS since the parties wish to seek early |
| 13 | resolution of the case without incurring attorneys and costs or |
| 14 | expenditure of judicial resources._____ |
| 15 | |
| 16 | IT IS SO STIPULATED. |
| 17 | |
| 18 | DATED: 09/12/06           PINNOCK & WAKEFIELD, A.P.C. |
| 19 | |
| 20 | By: _[signature]_ Michelle L. Wakefield, Esq. |
| 21 | David C. Wakefield, Esq. Attorney for Plaintiffs |
| 22 | |
| 23 | |
| 24 | DATED: 9/12/06           WORDEN WILLIAMS, APC |
| 25 | |
| 26 | By: _[signature]_ Tracy R. Richmond, Esq. |
| 27 | Attorneys for Defendants CEDROS SOLES, LLC and DAVID R. HODGES |
| 28 | TRUST, dated 05-27-94 |

**ORDER EXTENDING TIME FOR DEFENDANTS CEDROS SOLES, LLC and DAVID R. HODGES TRUST, dated 05-27-94 TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY ORDERED, pursuant to the above stipulation, that the time in which Defendants CEDROS SOLES, LLC and DAVID R. HODGES TRUST, dated 05-27-94 must file and serve their responsive pleadings to Plaintiffs' Complaint in this action is extended to and including September 29, 2006, pursuant to Federal Local Court Rules for the Southern District of California, Rule 12.1.

DATED: 9/14/06

Honorable Marilyn J. Huff
United States District Court Judge