Robert A. Ball, Esq. SBN 70061
Stephen P. Croce, Esq. SBN 76156
ROBERT A. BALL, APC
225 Broadway, Suite 2220
San Diego, California 92101
Telephone: (619) 234-3913
Facsimile: (619) 234-4055

General Counsel for Defendant Adventure 16, Inc.

FILED

2006 OCT 11 AM 11: 22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH-FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>SUSAN SPATH HEGEDUS, INC. d.b.a. KERN & CO.; BIRDCAGE, a California Corporation; CUT LOOSE a California Corporation; CEDROS SOLES, LLC; ADVENTURE 16, INC.; DIRECT DIGS INC. d.b.a. DIRECT DIGS FURNITURE; RICCARDO CANNAVIELLO d.b.a. DIANNE O. COSMETICS; DAVID R. HODGES TRUST, dated 5-27-94; And DOES 1 THROUGH 10, Inclusive,<br><br>        Defendants. | CASE NO. 06 CIV 01714-H (POR)<br><br>STIPULATION TO EXTEND THE TIME FOR DEFENDANT, ADVENTURE 16, INC., TO RESPOND TO THE COMPLAINT AND ORDER THEREON |

Case No. 06 CV 0714-H (POR)
Stipulation to Extend the Time for Adventure 16, Inc., to Respond to the Complaint and Order Thereon
Page 1

ROBERT A. BALL, APC
ATTORNEYS AT LAW
NBC TOWER
225 BROADWAY, SUITE 2220
SAN DIEGO, CA 92101-5019
AREA CODE 619
TELEPHONE 234-3913

1   Plaintiffs filed their complaint on or about August 23, 2006, and state service

2   was effected upon defendant, Adventure 16, Inc., on or about September 13, 2006.

3   Adventure 16, Inc.'s General Counsel, Robert A. Ball, APC, did not receive a copy of

4   the complaint until Monday, September 25, 2006, and Robert A. Ball and Adventure 16,

5   Inc.'s president are both out of the city and unavailable.  Based upon the above,

6   plaintiffs, through their attorneys Pinnock & Wakefield by David C. Wakefield and/or

7   Michelle L. Wakefield, and Adventure 16, Inc., by its General Counsel Robert A. Ball,

8   APC, by Stephen P. Croce, stipulate and agree that the time for Adventure 16, Inc., to

9   respond to the complaint may be extended until Friday, October 13, 2006, with the

10  understanding that additional extensions may be discussed if needed.

11  Dated: October 5, 2006                    PINNOCK & WAKEFIELD

12

13  By: _Michelle L. Wakefield_

14  David C. Wakefield
    Michelle L. Wakefield
15  Attorneys for Plaintiffs

16

17  [REMAINDER OF PAGE INTENTIONALLY BLANK]

ROBERT A. BALL, APC
ATTORNEYS AT LAW
NBC TOWER
225 BROADWAY, SUITE 2220
SAN DIEGO, CA 92101-5019
AREA CODE 619
TELEPHONE 234-3913

Dated: September 29, 2006                    ROBERT A. BALL, APC

By: _____
Stephen P. Croce
General Counsel for Adventure 16, Inc.


## ORDER

Based upon the above stipulation of the parties and good cause appearing

thereon, it is ordered that defendant, Adventure 16, Inc.'s, time to respond to the

complaint is extended to Friday, October 13, 2006.


Dated: __Oct 10__, 2006          _____
                                 JUDGE OF THE U.S. DISTRICT COURT


Case No. 06 CV 0714-H (POR)
Stipulation to Extend the Time for Adventure 16, Inc., to Respond to the Complaint and Order Thereon
Page 3

ROBERT A. BALL, APC
ATTORNEYS AT LAW
NBC TOWER
225 BROADWAY, SUITE 2220
SAN DIEGO, CA 92101-5019
AREA CODE 619
TELEPHONE 234-3913