# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOC., suing on behalf of THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, an individual,<br><br>               Plaintiffs,<br>vs.<br>ADVENTURE 16, INC., et al.,<br>               Defendants. | CASE NO. 06-CV-1714-H (POR)<br><br>**ORDER DISMISSING DEFENDANT ADVENTURE 16, INC. WITH PREJUDICE** |

    Plaintiffs filed their complaint on August 23, 2006. (Doc. No. 1.) On November 2, 2006, Plaintiffs and Defendant Adventure 16, Inc. filed a joint motion to dismiss Defendant Adventure 16, Inc. with prejudice. (Doc. No. 13.) Having considered the joint motion and the pertinent portions of the record, the Court **DISMISSES** Defendant Adventure 16, Inc. with prejudice. The case shall proceed against the remaining Defendants.

    IT IS SO ORDERED.

DATED: November 7, 2006

                                MARILYN L. HUFF, District Judge
                                UNITED STATES DISTRICT COURT

Copies To:
Michelle Wakefield
Pinnock & Wakefield, A.P.C.
3033 Fifth Ave., Suite 410
San Diego, CA 92103

Keith A Liker
Law Offices of Jeffrey G. Scott
16935 West Bernardo Drive
Suite 170
San Diego, CA 92127-1636

Tracy R Richmond
Worden Williams, APC
462 Stevens Avenue
Suite 102
Solana Beach, CA 92075

Stephen P. Croce
Law Offices of Robert A Ball
225 Broadway
Suite 2220
San Diego, CA 92101-5019