# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 2150 Sigourney Jossiah - Francis Lee Association, Suing on behalf of Theodore A. Pinnock and its members; and Theodore A. Pinnock, an individual,<br><br>                                    Plaintiff,<br><br>vs.<br><br>Susan Spath Hedgedus, Inc., d.b.a. Kern & Co.; Birdcage, a California corporation; Cut Loose, a California corporation; Cedros Soles, LLC; Adventure 15, Inc.; Direct Digs, Inc., d.b.a. Direct Digs Furniture; Riccardo Cannaviello d.b.a. Dianne O Cosmetics; David R. Hodges Trust, dated 05-27-94; and Does 1 through 10,,<br><br>                                    Defendant. | CASE NO. 06-CV-1714 H (POR)<br><br>ORDER GRANTING MOTION TO DISMISS DEFENDANTS SUSAN SPATH HEGEDUS, INC., d.b.a. KER & CO,; BIRDCAGE, a California corporation; CUT LOOSE, a California corporation; CEDROS SOLES, LLC; DIRECT DIGS, INC., d.b.a. DIRECT DIGS FURNITURE; RICCARDO CANNAVIELLO d.b.a. DIANNE O COSMETICS; and DAVID R. HODGES TRUST, dated 05-27-94 WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY |

**IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by Plaintiffs 2150 SIGOURNEY JOSSIAH - FRANCIS LEE ASSOCIATION, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual, Plaintiffs, and Defendants SUSAN SPATH HEGEDUS, INC., d.b.a. KERN & CO.; BIRDCAGE, A California Corporation;

1  CUT LOOSE, A California Corporation; CEDROS SOLES, LLC; DIRECT DIGS, INC., d.b.a.
2  DIRECT DIGS FURNITURE; RICCARDO CANNAVIELLO d.b.a. DIANNE O COSMETICS; and
3
4  DAVID R. HODGES TRUST, dated 05-27-94 on the other hand, through their respective attorneys
5  of record that Defendants SUSAN SPATH HEGEDUS, INC., d.b.a. KERN & CO.; BIRDCAGE, A
6  California Corporation; CUT LOOSE, A California Corporation; CEDROS SOLES, LLC; DIRECT
7  DIGS, INC., d.b.a. DIRECT DIGS FURNITURE; RICCARDO CANNAVIELLO d.b.a. DIANNE O
8
9  COSMETICS; and DAVID R. HODGES TRUST, dated 05-27-94 are dismissed with prejudice from
10 Plaintiffs Complaint, Case Number: 06cv1714 H (POR). Additionally, Plaintiffs Complaint is
11 dismissed with prejudice in its entirety.
12       IT IS SO ORDERED.
13 DATED:  December 1, 2006

15 _____
   MARILYN L. HUFF, District Judge
   UNITED STATES DISTRICT COURT